THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:.

Thomas D. Roller

    Debtor

Case No. 12-61145 (RK)

Chapter 7

JUDGE RUSS KENDIG

---

Daniel M. McDermott,
United States Trustee, Region 9

    Plaintiff

v.

Thomas D. Roller

    Defendant

Adv. Pro. No. 13-06050

## Attorney Charles T. Robinson Final Argument

Now comes Thomas Roller, by and through his attorney Charles T. Robinson, and for his final argument states:

### Facts

The Debtor, Thomas Roller, had been employed for 24 years as a banker at First Federal Bank in Galion, Ohio.

The Debtor, Thomas Roller, met who he thought was the love of his life, Holly Williamson. They met at a night spot in Bucyrus where she worked as a waitress. They soon became romantically involved.

Holly told the Debtor, Thomas Roller that she was divorced with two children. As their relationship developed Holly claimed that she was tired of waitressing. She stated that she loved

to cook and would be a great chef. Together Holly and Tom decided to open a restaurant. Thomas Roller and Holly Williamson joined in a partnership. The Debtor, Thomas Roller had no personal experience with running a restaurant. There were no signed documents of a partnership organization since the two were more than just business partners. The Debtor, Thomas Roller was the main financial backer for this restaurant and was to provide almost all startup funds, investments and costs. In addition to providing the majority of funds for the restaurant, the Debtor also provided a substantial financial presence in Holly's personal life. UST Exhibit 18 (18-25), line 25 the Debtor states "And I just got into so much debt with her." The Debtor was in love and foolishly catered to her without any regard for the consequence of his personal finances. The Debtor stated that he had invested approximately $35,000 in the restaurant. The restaurant was to be located at the Tebo Building at 1221 Ohio 61 and was to be named Someplace New. The Debtor, Thomas Roller, received their EIN number for the new business on May 24, 2011.

The testimony of the Debtor which was confirmed by Attorney Lowman, Bankruptcy Analyst, said that the Debtor paid approximately $55,000 on his credit card bills between January 6, 2011 and November 18, 2011.

The restaurant, that not yet even opened was robbed on November 3, 2011. The Trustee Attorney DeGirolamo testified that his only recollection with regards to the robbery was that the records of their business were stolen but the Debtor testified convincingly that he had numerous valuable assets that were stolen. The police report he had given the Trustee establishes that indeed numerous valuable assets had been stolen. The restaurant did eventually open without the Debtor's knowledge; see Defendant's Exhibit 6 pages 1 and 2.

The Debtor, while working at First Federal removed $500 from a deposit at the bank. He testified he had not removed the funds from the bank but failed to correctly account for the funds within the bank. It came to no surprise that the Debtor, Thomas Roller, was discharged from First Federal bank. The Debtor was also charged with theft and eventually plead guilty to a lesser charge.

Thomas Roller's life was destroyed. He was quickly beginning to realize how careless he had been. The Debtor had lost his job, been charged with a crime, had endured a robbery of a restaurant that had never even opened. He also came to find out that who he thought was the love of his life was actually married to a man who she told him was her brother. Eventually Thomas learned that Holly had opened the restaurant in the Tebo Building at 1221 Ohio 61 named "Someplace New" with her husband. They claim to have been robbed of $27,000.00. No other robbery was reported than the Debtor's. The Debtor, Thomas Roller had been duped; see Defendant's Exhibit 6 pages 1 and 2.

The Debtor, Thomas Roller, had removed $89,000 from a 401(k) and from bank stock that has been sold. He had borrowed several other loans totaling approximately $122,000. Thomas Roller has nothing to show for it. He was depressed, ashamed of himself and could not face his family and friends.

The Debtor, Thomas Roller, filed bankruptcy on April 20, 2012. He also provided his 2011 tax return, a standard requirement in bankruptcy filings. Attorney DeGirolamo was selected as the Trustee. The Trustee was provided with the Debtor's 2011 tax return without making any formal request.

As a dutiful Trustee will always do, he carefully examined the Debtor's petition and 2011 tax return. The Trustee discovered some substantial errors. The Trustee DeGirolamo requested

the Debtor submit numerous items to the Trustee including loan information, First Federal monthly bank statements, Edward Jones statements, etc. Any and all documents that were requested by the Trustee that the Debtor had in his possession were provided! The Debtor had great difficulty in obtaining information from First Federal loans and his credit card statements. It is common knowledge in the bankruptcy field that once a petition is filed most often credit card companies are reluctant to assist the Debtor in any manner. After numerous phone calls were made by the Debtor to no avail, subpoenas were issued. This took months to receive. Every credit card statement that was requested by the Trustee DeGirolamo was ultimately provided.

The Trustee DeGirolamo testified he had never seen the credit card statements before the matter was referred to the U.S. Trustee. This is correct. The credit card statements were provided later.

The Trustee DeGirolamo testified that at no time did he request an amendment to be filed for the Debtor.

After discovery was compete the Debtor, Thomas Roller, had accounted for nearly all expenditures in his checking account and credit card statements. The only thing the Bankruptcy Analyst could articulate is that she was concerned about the expenditure of cash including the month of October 2011. The cash withdraws were shown on UST 6 (6-25) and UST 6(6-26) Exhibits. This totals $15,354 of cash withdraws. The largest withdraw was in the amount of $6,500 on October 5, 2011. The Debtor, Thomas Roller provided the Court with proof that this expense was accounted for in UST 15(15-159) with a purchase for a tap system and paid $6,325, Exhibit is attached UST 15(15-159). The Debtor has provided over $14,000 in cash receipts. The Debtor, Thomas Roller has done an exceptional job in obtaining this amount of receipts

from over two years ago. It should come as no surprise that he could not obtain every cash receipt. The Debtor has provided when, where and how much most all of his expenditures. There is no evidence that displays a pattern of deceit! There are no assets remaining for the creditors and he has proven how the money was spent. The Debtor was employed at First Federal and often paid his expenditures with bank checks. First Federal provided the Court with evidence of some of those expenditures; Defendant's Exhibit 1 Page 66 is attached. This document that was provided by First Federal shows accounts for $14,394.22 in bank checks.

The U.S. Trustee filed a Complaint to Deny Discharge.

### Count I

In Count I it states that the Defendant/Debtor, Thomas Roller, failed to report that he had retirement assets. This is true but was an honest error and in no way injured any creditor since this asset is exempt. No harm, no foul just an honest mistake.

### Count II

In Count II the Government states that the Debtor marked "None" in item 2 on Form 7. The Debtor now understands that this is incorrect. At the time of filing he felt that the monies withdrawn from his various accounts were monies that already belonged to him. He testified that it was like spending money out of a savings account. No harm to any creditor.

### Count III

In Count III the U.S. Trustee provided proof which was admitted by the Debtor that certain bank accounts were closed. The Debtor, Thomas Roller, admitted he had made a mistake. He felt since he had not personally closed any accounts but rather the bank had closed his accounts after they fired him at the time he filled out his bankruptcy petition he honestly believed it was correct. No creditor was injured.

## Count IV

In Count IV the Government accuses the Debtor, Thomas Roller, of misrepresenting that he had completed financial statements when he had in fact applied for a loan. The Debtor testified that the documents the Government used as "Financial Statements" was an Asset and Debt Information sheet. This was an application for an unsecured personal loan. The Debtor did not even list his automobile as an asset. He did list the debt on the vehicle. He listed all his income and expenses. He testified as a banker, he believed this was a document to determine whether or not he could repay this loan. Nowhere on this document is it referred to as a Financial Statement. At the time of his bankruptcy filing and currently the Debtor believes this was not a financial statement. No creditor was injured by this.

## Count V

In Count V of the Complaint the Complaint states that he failed to report income on Schedule B and the Statement of Financial Affairs. Once a petition is filed Trustee DeGirolamo was sent a copy of the debtor's most recently filed tax return, a copy of the Debtor's 2011 taxes were provided. The Debtor provided the Trustee with a copy of his tax return without any additional request from the Trustee. The Debtor felt at that time this was not earned income since this was money that belonged to him. He felt as if this was like spending money out of a bank account. These funds were already exempt. No creditor was harmed.

## Count VI

In Count VI the Government again has the same complaint. The Debtor incorrectly assumed his 401(k) and Edward Jones accounts were monies that belonged to him. Again the Debtor admits he made a mistake.

## Count VII

In Count VII the Government states that the Debtor, Thomas Roller, failed to keep records and documents. The Debtor has supplied over 400 pages of exhibits! Almost all of the material used in this case was provided by the Debtor. The Debtor never tried to conceal any information with regards to this case. Any information the Debtor had in his possession was given freely to the Trustee. All additional information that was requested by the Trustee required a subpoena to be issued to obtain it and could not be obtained by the Debtor himself. No Debtor under the circumstances herein could do better. He provided excellent records of all transactions. He could have done no better.

## Count VIII

In Count VIII the Trustee claims they have not received the Citicard, Discover, and Home Depot credit card statements for 2011. At the time the Complaint was filed these records had not yet been obtained. The Debtor incurred substantial time and expense by means to provide these documents as required.

## Count IX

In Count IX the U.S. Trustee states that the Debtor has failed to explain his loss of assets. This is no longer true. This could not be explained in its entirety until his credit card statements had been received. The Debtor, Thomas Roller, has shown how his money was spent.

The Debtor never intended to cause any creditor harm. The Debtor has never tried to conceal any part of his prior earnings. He had no intent to hinder, delay or defraud any creditor or the U.S. Trustee. The Trustee has a Burden of Proof that the Debtor had subjective intent. The Debtor had no such intent.

1. Denying discharge under 727(a)(2):

- Language of 727(a)(2): " The Court shall grant the debtor a discharge, unless…-(2) the debtor, with intent to hinder, delay, or defraud a creditor… has transferred, removed, destroyed, mutilated, or concealed, or has permitted to be transferred, removed, destroyed, mutilated or concealed-(A) property of the debtor, within one year before the date of filing the petition"
    - Trustee has to prove debtor had the subjective intent to hinder, delay, or defraud through the concealment
- Intent to Defraud case law:
    - In re Keeney, 227 F.3d at 685-86 (quoting In re Chavin, 150 F.3d 726, 728 (7th Circ. 1998): "Intent to defraud 'involves a material representation that you know to be false, or, what amounts to the same thing, an omission that you know will create an erroneous impression."
    - In re Keeney: "Intent to defraud may be established if the debtor acted with reckless disregard as to whether a representation was true."
    - Gullickson v. Brown, 108 f3.d 1290, 1294 (10th Cir. 1997): "A debtor is entitled to discharge if false information is the result of mistake or inadvertence."

The Debtor has lost everything, his career, his financial stability, his love, his character and his pride. He is greatly concerned that he will be unable to obtain gainful employment if he can never receive a fresh start under the Bankruptcy Act. He never intended to defraud a single creditor and no creditor was harmed. Although he has made mistakes both in his petition and his life to deny him a discharge would be to deny him any chance of redemption and a fresh start.

Respectfully submitted,
Charles T. Robinson

by: /s/Charles T. Robinson
Charles T. Robinson #0000386
Trial Attorney
3 N. Main Street
Suite 400
Mansfield, Ohio 44902
(419) 524-6000
(419) 524-6000 Facsimile
attyrobinson@earthlink.net

## Certificate of Service

I, Charles T. Robinson, certify that on December 24, 2013, a true and correct copy of the **Attorney Charles T. Robinson's Exhibit List** was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Derrick V. Rippy, on behalf of Daniel M. McDermott, United States Trustee, Region 9, Plaintiff, at Derrick.V.Rippy@usdoj.gov

> */s/Charles T. Robinson*
> Charles T. Robinson
> 3 N. Main Street
> Suite 400
> Mansfield, Ohio 44902
> (419)524-6000
> (419)524-4821 Facsimile
> attyrobinson@earthlink.net

1 need. At this point that's all we need as far as
2 discovery purposes?
3 BY THE TRUSTEE:
4 Q   That's all -- that's all I need to know. I need
5 to understand what happened to the stock account
6 portion of the Edward Jones account, the stocks that
7 you sold through 2011.
8 A   Okay.
9 Q   Did Edward Jones take that? I mean based on what
10 you're telling me, you owed Edward Jones almost
11 $60,000.
12 A   Well, I had -- what I did was I -- I paid it off
13 and then I borrowed some more.
14 Q   Okay. Through the course of 2011?
15 A   Yes.
16 Q   Okay. And why did you have to borrow more?
17 A   Because I was -- long story. My girlfriend -- my
18 ex-girlfriend was -- was using me.
19 Q   Mm-hmm.
20 A   And --
21 Q   And you gave the money to her?
22 A   Yeah. Not to her, but to -- what I was doing was
23 I was -- I was buying stuff on my credit cards and I
24 really shouldn't have been, because of -- because of
25 her. And I just got into so much debt with her.

CLASSIFIEDS:   JOBS   CARS   HOMES   SHOPPING   GARAGE SALES   DATING     LOG

| News | Ohio News | Sports | Entertainment |

FEATURED:   Voter Guide   Trick-or-Treat Times   H.S. Football   Rebuilding Bucyrus   Biz of Biz

## Akron/Canton Snow Plowing

nationsmaintenance.com

Quoting now - Reliable Snow Removal Not a broker - WE DO THE WORK!

ADVI

# Someplace New opens in Galion

5:50 AM, Jun. 22, 2013     Recommend   2 peo recon



Someplace New Opens: Someplace New Bar opens on east side of Galion

Recommend 2     Tweet 0     0



Written by
**Kimberly Gasuras**
**Telegraph-Forum**

FILED UNDER

News
Local News

Holly and Brian Williamson have finally opened their bar, Someplace New, and they will be adding more new things in the near future.

The Galionites began renting the former Tebo's building at 1221 Ohio 61 more than a year ago.

"It took us a long time to get it up and running," Brian Williamson said. "We had a huge setback last fall when the building was broken into and we lost $27,000 worth of equipment." ...

**CONTINUE READING IN OUR PAID ARCHIVE**

---

**TOP VIDEO PICKS**
selected by Taboola


The sights of Gospel Hill
Oct 28, 2013


Make A Difference Day Food Delivered
Oct 28, 2013


District cross country in Galion
Oct 19, 2013

**YOU MIGHT BE INTERESTED IN**

Social Security benefits to go up by 1.5 percent

Pink Floyd tribute band to perform 'Dark Side of the...

Cleveland Browns executive pleads guilty in DUI case

Packard Plant auction winners release bizarre...

Judge dismisses lawsuit against city of Galion

LG LRE3023ST (Oven Info)

**SPONSORED LINKS**
Mother Of Twisted Killer Scott Peterson Dies... WITHOUT...
(Radar Online)

Rapists Attacked Women as They Slept Next to Husbands
(VICE)

Why Is Social Security Stockpiling Bullets? (AARP.org)

5 Jobs That Don't Require A Bachelor's Degree...And...
(Education Portal)

2 men charged with stealing endangered star tortoise...
(Channel NewsAsia)

5-Year-Old Found Dead in Trunk Almost Got the Help She... (CafeMom)

[?]

**SPONSORED LINKS**

by Taboola


Pastor Mocked for His 'Biblical Mode,...
Moneynews


How a 101 Year Old Marathon Runner Dis...
HealthFirst


You Won't Believe Who's Related to Abr...
Ancestry.com

**First Federal Bank of Ohio**
Locally Owned & Operated Since 1891

140 N. Columbus St.
Galion, Oh 44833
(419) 468-1518 or
Toll Free – (888) 888-4314

10/25/11

1 of 4

072

THOMAS ROLLER

```
                                                             2                    2566    2955

           3106   FRIENDLY CHECKING                3106)
09-26 BEGINNING BALANCE                                                                  360.99
09-26 DCD WD   AT MCDONALD'S F2230 GALION OH           16.05-                            344.94
09-26 DCD WD   AT SHELBY DUCHESS BP SHELBY OH          50.00-                            294.94
09-26 DCD WD   AT WHITE CASTLE ONTARIO OH              12.41-                            282.53
09-26 DCD WD   AT JEN COR FOOD STORE GALION OH         50.08-                            232.45
09-26 BILLMATRIX       -BILL PAY                        2.95-                            229.50
09-26 AEP OHIO POWER, -BILL PAY                       217.50-                             12.00
09-27 CASH WITHDRAWAL AT MAIN OFFICE                   10.00-                              2.00
09-29 #  1420 CHECK WITHDRAWAL                        802.00-                            800.00-
09-30 FIRST FED S&L-DIRECT DEP-       8353VKO-ROLLE   857.42                              57.42
09-30 PROSPER MARKET-LOAN PMT-196816-Roller, Thomas    326.62-                           269.20-
09-30 ODP PAID ITEM CHRGE                              29.00-                            298.20-
09-30 #  1420 RETURNED-INSUFFICIENT FUNDS AT MAIN OFFIC 802.00                           503.80
09-30 #  1420 INSUFFICIENT FUNDS SERVICE CHARGE AT MAIN 29.00-                           474.80
09-30 TRANSFER - REMOTE BANKING                        100.00                            574.80
      FROM         0012
09-30 TRANSFER - REMOTE BANKING                         20.00                            594.80
      FROM         1905
09-30 TRANSFER - REMOTE BANKING                        508.55-                            86.25
      TO           8694
10-01 DCD WD   AT SPEEDWAY 03187 746 GALION OH          20.01-                             66.24
10-01 DCD WD   AT EASY TRIP 106 CRESTLINE OH            30.00-                             36.24
10-03 DCD WD   AT WAL-MART #1539 MANSFIELD OH           31.54-                              4.70
10-04 #  1420 CHECK WITHDRAWAL                         802.00-                            797.30-
10-04 #  1420 ODP PAID ITEM CHRGE                       29.00-                            826.30-
10-05 REVERSAL OF OVERDRAFT CHARGE AT MAIN OFFICE       29.00                             797.30-
10-05 #  1420 RETURNED-INSUFFICIENT FUNDS AT MAIN OFFIC 802.00                              4.70
10-05 #  1420 INSUFFICIENT FUNDS SERVICE CHARGE AT MAIN 29.00-                             24.30-
10-05 CHECK DEPOSIT AT SHELBY                        22,000.00                         21,975.70
10-05 CASH WITHDRAWAL AT SHELBY                       6,500.00-                        15,475.70
10-05 CASH WITHDRAWAL AT SHELBY                       1,860.00-                        13,615.70
10-05 CASH WITHDRAWAL AT SHELBY                       1,000.00-                        12,615.70
10-05 CASH WITHDRAWAL AT SHELBY                         550.00-                        12,065.70
10-05 CASH WITHDRAWAL AT SHELBY                       2,844.00-                         9,221.70
10-06 DCD WD   AT AARON'S SALO C0917 BUCYRUS OH         170.45-                         9,051.25
10-06 DCD WD   AT GC MANSFIELD MANSFIELD OH              98.14-                         8,953.11
10-06 DCD WD   AT WAL-MART #1539 MANSFIELD OH            10.41-                         8,942.70
10-06 DCD WD   AT GRACEFUL GIFTS BUCYRUS OH              38.39-                         8,904.31
10-06 CASH WITHDRAWAL AT MAIN OFFICE                    500.00-                         8,404.31
10-06 CASH WITHDRAWAL AT MAIN OFFICE                  1,250.00-                         7,154.31
10-06 POS WD   AT Verizon Wrls M5933-01 Mansfield OH    418.63-                         6,735.68
10-07 VZ WIRELESS VE   -VZW WEBPAY                      103.22-                         6,632.46
10-07 DISCOVER         -E-PAYMENT                     1,000.00-                         5,632.46
```

CONTINUED

**UST EXHIBIT 6 (6-25)**



**26**
**First Federal Bank of Ohio**
*Locally Owned & Operated Since 1891*

140 N. Columbus St.
Galion, Oh 44833
(419) 468-1518 or
Toll Free – (888) 888-4314

10/25/11

2 of 4

072

THOMAS ROLLER

```
                                                           2566      2956

            ▮▮▮▮3106 FRIENDLY CHECKING                              5,632.46
10-07 OHIO EDISON-FE ECHECK-▮▮▮▮1229-VANCE HOLLY   1,584.38-        4,048.08
10-07 HSBC RS           -Online Pmt                    25.00-       4,023.08
10-07 CITI CARD ONLINE-PAYMENT                      1,000.00-       3,023.08
10-07 SEARS ONLINE      -PAYMENT                    1,000.00-       2,023.08
10-07 HOME DEPOT        -ONLINE PMT                    25.00-       1,998.08
10-07 FORD CREDIT-FORDCREDIT-045885700-THOMAS D ROLL  967.45-       1,030.63
10-07 GECRB Phone       -Payment                      160.00-         870.63
10-07 CASH WITHDRAWAL AT MAIN OFFICE                  850.00-          20.63
10-11 CASH DEPOSIT AT MAIN OFFICE                     100.00          120.63
10-12 CASH DEPOSIT AT MAIN OFFICE                     100.00          220.63
10-14 FIRST FED S&L-DIRECT DEP-▮▮▮▮8230VKO-ROLLE      834.51        1,055.14
10-14 CASH WITHDRAWAL AT MAIN OFFICE                  220.00-         835.14
10-17 DCD WD  AT MCDONALD'S F10272 CRESTLINE OH         7.39-         827.75
10-17 DCD WD  AT TACO BELL #1600016 BUCYRUS OH         20.08-         807.67
10-17 DCD WD  AT WAL-MART #2613 BUCYRUS OH            238.62-         569.05
10-17 TIME WARNER CABL-CABLE BILL-▮▮▮▮1001-Th          76.99-         492.06
10-18 #  5215 CHECK WITHDRAWAL                         68.25-         423.81
10-20 DCD WD  AT WAL-MART #2613 BUCYRUS OH              2.65-         421.16
10-20 DCD WD  AT CIRCLE K 05653 BUCYRUS OH             25.79-         395.37
10-20 DCD WD  AT TACO BELL #1970019 GALION OH           8.67-         386.70
10-21 DCD WD  AT DOLLAR GENERAL #10 GALION OH           6.42-         380.28
10-21 DCD WD  AT DOLLAR GENERAL #10 GALION OH           4.28-         376.00
10-22 DCD WD  AT CHARLIES MARKET GALION OH             13.41-         362.59
10-22 DCD WD  AT PETSMART INC 1298 MANSFIELD OH        32.00-         330.59
10-22 DCD WD  AT MCDONALD'S F10272 CRESTLINE OH         6.90-         323.69
10-24 DCD WD  AT MCDONALD'S F2230 GALION OH             6.18-         317.51
10-24 DCD WD  AT PETSMART INC 1298 MANSFIELD OH        26.10-         291.41
10-24 DCD WD  AT PET SUPPLIES PLUS MANSFIELD OH        22.90-         268.51
10-24 DCD WD  AT MCDONALD'S F10272 CRESTLINE OH         5.15-         263.36
10-24 DCD WD  AT SUNOCO 0875718900 BUCYRUS OH           6.44-         256.92
10-24 ATM WD  AT 131-223 STETZER RD BUCYRUS OH         42.00-         214.92
10-24 DCD WD  AT HONG KONG BUFFET BUCYRUS OH           90.04-         124.88
10-24 CASH DEPOSIT AT MAIN OFFICE                     240.00          364.88
10-24 #  5216 CHECK WITHDRAWAL                         22.50-         342.38
10-24 DCD WD  AT ATHENS GREEK REST MOUNT VERNON OH     34.50-         307.88
10-24 DCD WD  AT ATHENS GREEK REST MOUNT VERNON OH     21.00-         286.88
10-25 CASH DEPOSIT AT MAIN OFFICE                      70.00          356.88
10-25 INTEREST          AVERAGE RATE:  .047              .03          356.91
10-25 ENDING BALANCE                                                  356.91

 DATE   CHECK NO.       AMOUNT    DATE   CHECK NO.       AMOUNT
 09-29   #  1420        802.00-   10-18   #  5215*        68.25-
 10-04   #  1420        802.00-   10-24   #  5216         22.50-
```

CONTINUED

**UST EXHIBIT 6 (6-26)**

/221  10/5/11
Cash

3/4" — $450 — Tap
$1,720 System Capacit
Impact Fee
160' × $25.00 = $4000.00 frontage
per foot of frontage
Meter, Water $155.00

5-18-11

1" Tap
500⁰⁰

1" System
~~2636⁰⁰~~

Meter
1" 223⁰⁰

```
    0 · *
  450·00+  TAP
1,720·00+  - SYSTEM CAPACITY
4000·00+   - FRONTAGE FEE
  155·00+  - meter  124 00
(6325·00*)
```

Pd 10-5-11
Cash

**UST EXHIBIT 15 (15-159)**

159


DEFENDANT'S EXHIBIT

| Date | Check Number | Amount | Payee |
|---|---|---|---|
| 01-02-000012 | | | |
| 09/12/2011 | 780163 | 100.00 | Ohio Division of Liquor Control |
| | | | Then Stop Payment placed 9-20-11 |
| 01-02-005554 | | | |
| 03/09/2011 | 776673 | 2581.00 | Donley Ford |
| 04/28/2011 | 777200 | 345.84 | Ohio Edison |
| 05/13/2011 | 778403 | 2000.00 | Roger Oberlander |
| 05/16/2011 | 778432 | 500.00 | Roger Oberlander |
| 06-66-253106 | | | |
| 04/01/2011 | 777039 | 115.00 | Crestline Mayor's Court |
| 04/05/2011 | 777056 | 1148.38 | Sherwin Williams |
| 06/29/2011 | 779255 | 1000.00 | Roger Oberlander |
| 09/01/2011 | 780107 | 1000.00 | Roger Oberlander |
| 10/05/2011 | 780673 | 1860.00 | Whiteamire Architects, LTD |
| 10/05/2011 | 780674 | 1000.00 | Roger Oberlander |
| 10/05/2011 | 780675 | 2844.00 | Ohio Dept of Commerce |
| | | | Division of Liquor Control |